**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DOMINGO CISNEROS                               §
        NORMA ANZALDUA                              §   Case No.: 08-13761
                                                     §
                                                     §
                                                     §
        Debtor(s)                                   §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/30/2008.

2) This case was confirmed on 08/28/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/11/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/01/2009.

6) Number of months from filing to the last payment:  12

7) Number of months case was pending:  17

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    63,881.55

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 19,625.00 |
| Less amount refunded to debtor | $ 380.00 |
| **NET RECEIPTS** | $ 19,245.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,441.04 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,441.04 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LASALLE BANK | SECURED | 167,573.00 | 168,441.09 | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED | 854.91 | 5,335.65 | 5,335.65 | 4,501.48 | 144.44 |
| CITIFINANCIAL | SECURED | 540.00 | .00 | 540.00 | 540.00 | .00 |
| CITIFINANCIAL | UNSECURED | 6,680.00 | NA | NA | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 2,550.00 | 10,279.91 | .00 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 8,358.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 10,889.00 | 12,785.56 | 12,785.56 | 2,246.44 | 489.46 |
| ECAST SETTLEMENT COR | UNSECURED | 4,085.00 | 4,894.56 | 4,894.56 | 859.97 | 187.38 |
| AES/NCT | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | 2,505.00 | NA | NA | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| CITY COUNTY CREDIT U | UNSECURED | 3,525.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,194.00 | 4,194.54 | 4,194.54 | 736.97 | 160.58 |
| SPIRIT OF AMERICA NA | UNSECURED | 161.00 | 156.29 | 156.29 | 26.44 | 5.60 |
| GEMB/JCPENNY | UNSECURED | 1,539.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 16,631.00 | .00 | .00 | .00 | .00 |
| JOEL CARDIS ESQ | OTHER | NA | NA | NA | .00 | .00 |
| PERSON PHYSICIANS | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| QUALITY DENTISTRY | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,683.00 | 1,683.16 | 1,683.16 | 295.73 | 64.43 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,335.00 | 1,335.40 | 1,335.40 | 226.27 | 47.41 |
| TOTAL DEPT MANAGEMEN | OTHER | NA | NA | NA | .00 | .00 |
| UNION PLUS | UNSECURED | 3,390.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                  Claim         Claim         Claim     Principal      Int.    |
|   Name          Class    Scheduled     Asserted      Allowed      Paid        Paid    |
|                                                                              |
| LVNV FUNDING      UNSECURED   1,382.00     1,395.73     1,395.73      236.51      49.56 |
| LVNV FUNDING      UNSECURED   8,564.00     9,390.00     9,390.00    1,649.82     359.46 |
| ALEXIS CICNEROS   OTHER             NA           NA           NA         .00        .00 |
| ALEXIS CICNEROS   OTHER             NA           NA           NA         .00        .00 |
| LASALLE BANK      SECURED           NA     2,826.01     2,976.01    2,976.01        .00 |
| ECAST SETTLEMENT COR  UNSECURED     NA          .00          .00         .00        .00 |
| EMC MORTGAGE CORPORA  OTHER         NA           NA           NA         .00        .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,976.01 | 2,976.01 | .00 |
| Debt Secured by Vehicle | 5,875.65 | 5,041.48 | 144.44 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,851.66 | 8,017.49 | 144.44 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 35,835.24 | 6,278.15 | 1,363.88 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,441.04 |
| Disbursements to Creditors | $ | 15,803.96 |
| **TOTAL DISBURSEMENTS:** | $ | 19,245.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   10/15/2009                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**